**IN THE UNITED STATES DISTRICT COURT
FOR THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS – ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case 1:99-cr-00023 |
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS INDICTMENT** |
| vs. | |
| **ADISON O. DOS SANTOS BAPTISTA,** | |
| Defendant. | |

The United States, by and through undersigned counsel, moves to dismiss the indictment filed against the defendant on February 11, 1999.

Respectfully submitted on April 14 2016

RONALD W. SHARPE
United States Attorney

By:     */s/Christian A. Fisanick*
Christian A. Fisanick
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April 2016, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF System.

*/s/Christian A. Fisanick*
Assistant U.S. Attorney
U.S. Attorney's Office
1108 King Street, Suite 201
Christiansted, VI 00820
TEL: (340)774-5757
FAX: (340)776-3474