## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL NO. 3:99-CR-00023** |
| **ADISON O. DOS SANTOS BAPTISTA,**<br> **Defendant** | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the District of the Virgin Islands, and G.A. Massucco-LaTaif, Assistant United States Attorney, moves to dismiss the indictment filed against the defendant on February 11, 1999.

Dated: October 18, 2019

Respectfully submitted,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

By:   /s/ G.A. Massucco-LaTaif
      G.A. Massucco-LaTaif
      Assistant United States Attorney
      5500 Veteran's Drive, Suite 260
      St. Thomas, VI 00802
      (340) 774-5757 (340) 776-3474 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of October, 2019, I electronically filed the foregoing *Motion to Dismiss Indictment* with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties of record.

/s/ G.A. Massucco-LaTaif

G.A. Massucco-LaTaif
Assistant United States Attorney
5500 Veteran's Drive, Suite 260
St. Thomas, VI 00802
(340) 774-5757
(340) 776-3474 (fax)